# United States District Court

WESTERN DISTRICT OF WASHINGTON

OLEG MANYAK,

        v.

BLACKROCK, INC., *et al.*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-1297RSL

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of defendants and against plaintiff.

May 12, 2010                      BRUCE RIFKIN
                                                    Clerk

                                   /s/Rhonda Stiles
                                   By, Deputy Clerk